

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00317-CV

MAYPHOUS COLLINS AND AKILAH COLLINS, Appellants

§ On Appeal from the 352nd District Court

§ of Tarrant County (352-305020-18)

V.

§ September 9, 2021

LESHA STRAUSZ AND PLANO COLLISION CENTER, INC. D/B/A AUTONATION COLLISION CENTER PLANO, Appellees

§ Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Mayphous Collins and Akilah Collins shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
   Justice Dana Womack